# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOE STRINGHAM,**

      **Plaintiff,**

**v.**                                                      Case No:   6:13-cv-1204-Orl-22KRS

**EYM DINER OF FLORIDA, LLC,
RICHARD S. COHEN, ELIZABETH
COHEN and JOLYON COWAN,**

      **Defendants.**

## ORDER

This cause is before the Court on Plaintiff's Renewed Verified Application for Attorneys' Fees, Costs, Litigation Expenses, and Expert Fees (Doc. No. 31) filed on May 27, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 17, 2014 (Doc. No. 33), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Renewed Verified Application for Attorneys' Fees, Costs, Litigation Expenses, and Expert Fees is hereby GRANTED in part.

3. Plaintiff is hereby AWARDED $4,680.00 in attorney's fees. $1,725.00 in expert fees and expenses, $445.00 in costs, and $200.00 reinspection fee, for a total award of $7,050.00.

**DONE** and **ORDERED** in Orlando, Florida on October 2, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record